**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50233 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-01248-JFW |
| v. | |
| MIRNO PLIEGO-SANCHEZ, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted November 17, 2009 [**]

Before:   ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Mirno Pliego-Sanchez appeals from the 77-month sentence imposed for his

guilty-plea conviction for illegal reentry following deportation, in violation of 8

U.S.C. § 1326(a).

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

DAT/Research

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Pliego-Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.